IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Vishal Sharma, et al., | NO. C 10-01172 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Freedom Investment Club Ltd., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on September 27, 2010. Defendants have filed a Motion to Transfer Venue currently set for hearing on October 18, 2010. (See Docket Item No. 12.) In light of Defendants' pending dispositive Motion, the Court finds that a Case Management Conference would be premature at this time.

Accordingly, the Court VACATES the September 27, 2010 Case Management Conference. The Court will set a new Case Management Conference date in its Order addressing Defendants' pending Motion to Transfer Venue, if necessary.

Dated: September 21, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

E. Jeffrey Banchero ejb@bancherolaw.com
Perry J. Narancic pnarancic@nk-pc.com
Scott Robert Raber srr@bancherolaw.com

**Dated:  September 21, 2010**              **Richard W. Wieking, Clerk**

                                            **By:     /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**